NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals granted. [See 261 App. Div. 974.] Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

MICHAEL FRIEDMAN, Respondent, v. STEWARTS CREDIT CORP. and Others, Appellants, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

FRISHON REALTY CORP., Respondent, v. ISIDORE RALPH STERN and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

ARTHUR M. HAVES and Another, Appellants, v. CLAIRE KATZ and Others, Respondents.— Motion for reargument and for other relief denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present —. Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

In the Matter of the Application of CLAYTON M. DeMOTT, III, in Relation to the Estate of THOMAS F. BALFE, Deceased, for an Order Vacating and Setting Aside as against the Said CLAYTON M. DeMOTT, III, the Order and Decree of This Court, Entered in the Office of the Clerk Thereof on or about October 23, 1934, etc. CLAYTON M. DEMOTT, III, Appellant; TITLE GUARANTEE & TRUST COMPANY, Respondent. In the Matter of the Application of CLAYTON M. DeMOTT, III, in Relation to the Estate of MARY A. BALFE, Deceased, for an Order Vacating and Setting Aside as against the Said CLAYTON M. DeMOTT, III, the Order and Decree of This Court, Entered in the Office of the Clerk Thereof on or about October 23, 1934, etc. CLAYTON M. DeMOTT, III, Appellant; TITLE GUARANTEE & TRUST COMPANY, Respondent.— Motions for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of LOUIS FISCHER, an Attorney and Counselor at Law, Respondent.— Motion for reargument and for other relief denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of WILLIAM S. HANFT, an Attorney and Counselor at Law, Respondent.— Motion to amend petition by adding another charge granted; the petition is amended by adding the charge set forth in the affidavit of George C. Wildermuth, sworn to April 4, 1941, and the matter is referred to Hon. Isaac M. Kapper, official referee, to hear and to report with his opinion. Present — Lazansky, P. J.,· Carswell, Johnston, Adel and Taylor, JJ.

In the Matter of the NEW YORK CENTRAL RAILROAD COMPANY, Respondent, against RICHARD P. LIMBURG and Others, Constituting the Town Board of the Town of North Castle, Appellants. (1937 Sewer Assesssment.) Westchester County Index No. 7697–1937. In the Matter of the NEW YORK CENTRAL RAILROAD COMPANY, Respondent, against RICHARD P. LIMBURG and Others, Constituting the Town Board of the Town of North Castle, Appellants. (1938 Sewer Assessment.) Westchester County Index No. 7837–1938.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.